THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00264-MR-DLH

| | |
|---|---|
| VICTOR GARLOCK, Guardian of The Estate of J.W., a Minor, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICAN GENERAL LIFE INSURANCE COMPANY, )<br>)<br>Defendant. ) | **O R D E R** |

**THIS MATTER** is before the Court on Defendant American General Life Insurance Company's Motion to Set Aside Default Judgment. [Doc. 5]. The Plaintiff does not oppose the Defendant's Motion. [Doc. 8].

For the reasons stated in support of the Defendant's Motion, and in light of the Plaintiff's consent,

**IT IS, THEREFORE, ORDERED** that Defendant American General Life Insurance Company's Motion to Set Aside Default Judgment [Doc. 5] is **GRANTED**, and the Default Judgment is hereby **SET ASIDE**.

**IT IS SO ORDERED.**

Signed: November 4, 2017

Martin Reidinger
United States District Judge